IN The UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE

Richard Albright,
Plaintiff

v.

Bruce Jenner;
E Network;
Defendants

Case No.

RECEIVED IN CLERK'S OFFICE FEB 27 2015 U.S. DISTRICT COURT MID. DIST. TENN.

## Emergency Motion For Preliminary Injunction Temporary Restraining order, TRO
## 28 USC 1331

Comes now, Richard Albright, in pro-se, Moves to File a preliminary Injunction Temporary Restraining order against Defendant Bruce Jenner and the E Network.

### Jurisdiction

This court has Jurisdiction, because the offenses committed by Bruce Jenner against plaintiff occured in Nashville and Nationwide.

\# Defendant, Bruce Jenner is a Former Olympian and star of the E Networks television program, "Keeping up with the Kardashians."

### Complaint

Plaintiff, Richard Albright is filing Complaint(s) against Mr. Jenner and E Network regarding their promotion of Jenners Trans-gender reassignment desires. Mr. Jenner a one Time olympic Hero and role model to millions has manipulated his way through life potraying to be one type of individual in front of the camera, but behind closed doors he was secretly acting and dressing like a women.

Theres No telling how long MR Jenner has been secretly hiding this side of his personality, but I personally feel like the guy I once looked up to as equal to or greater then Super Man has turned out to be more like wonder women and it must have been going on for years, maybe as far back as the Olympic Games where Miss Jenner won the Gold medal for the triatholon, which, if I had my way, she would be striped of for misrepresenting herself as a man.

The E network is just as bad as MR Jenner for supporting this disgusting behavior. And as far as Jenner being put back on the wheaties Box for her bravery, please don't make me laugh or in this case cry, if any thing she should be put on the Fruit loops Box that would be more Fitting for a girl like him. My life has been turned upside down because of this whole disgusting thing. Jenners coming out as wanting to be a women is almost as bad as the day I found out that Santa Claus was really my father in disguise. How many countless other future olympic hopefuls has MR Jenner and the E network destroyed as a result of this 52 Fake out MR Jenner has pulled on every American citizen of this Great country we all live in. JLR must be rolling over in His grave as we speak.

I'm Sorry to have to put this monumental task on this Honorable court, but some one has to stand up for whats right and say enough is enough. I personally could not live with myself had I not have spoken up regarding Jenner's gender identity crisis and his desire to become a women at 60 whatever years old and as if thats not bad enough plaster the whole mixed up mess on the E television Network.

2.)

Imagin for one moment that millions of children watching at home suddenly decide, because Miss Jenner thinks its ok to change her gender even after God decided Jenner would be Male, they to would like to become the opposit sex, because its must be the next hip, cool thing to do. Now imagin its one of your very own children.

Its this courts duty to stop Jenner and E network before they help create a trend that destroy's families all over this Great country we all live in. I Richard Albright fan and supporter of every man who stands up to PEE pray this court grants this motion for an Emergency, because thats what this is an Emergency Temporary Restraining order Barring Jenner and E network from showing this Nightmare on E network and profitting from it on top of everything else.

Info:

Richard Albright LD2583
301 Institution Dr.
Bellefonte, Pa 16823

Respectfully, 2/20/15

Richard Albright JLR

Richard Albright LD2583
301 Institution DR
BelleFonte, Pc 16823

US District Court
801 Broadway
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
FEB 27 2015
U.S. DISTRICT COURT
MID. DIST. TENN.